OPINION — AG — THE PROVISIONS OF 47 O.S. 1977 Supp., 22.5 [47-22.5](Q), PROVIDING FOR AN ASSESSMENT OF COMMERCIAL TRUCK RATES TO VANS USED FOR COMMERCIAL PURPOSES ONLY, AND DISTINGUISHING FROM THIS CLASSIFICATION VANS USED FOR PRIVATE PURPOSES ONLY AND ASSESSING THEM AT THE AUTOMOBILE RATE OF TAXATION, DOES NOT, BY THE FACE OF THE ACT, CONSTITUTE UNLAWFUL DISCRIMINATION IN VIOLATION OF THE EQUAL PROTECTION CLAUSE OF THE UNITED STATES CONSTITUTION. (CATHERINE GATCHELL NAIFEH)